UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23392-BLOOM/Louis

BRYON JACKSON and MARIO MENA, JR.,

    Plaintiffs,

v.

ANHEUSER-BUSCH INBEV SA/NV, LLC
and MIAMI BEER VENTURES, LLC,

    Defendants.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court following its Omnibus Order, ECF No. [114], granting Defendants' Anheuser-Busch Companies, LLC and Miami Beer Ventures, LLC's (collectively, "Defendants") Motion to Dismiss Second Amended Complaint, ECF No. [65] ("Motion to Dismiss"), and denying Plaintiffs Byron Jackson and Mario Mena, Jr.'s (collectively, "Plaintiffs") Motion for Leave to Amend Complaint, ECF No. [83] ("Motion to Amend"), (collectively, the "Motions"). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court enters this **FINAL JUDGMENT** in favor of Defendants and against Plaintiffs on all claims raised in the Second Amended Class Action Complaint for Injunctive and Other Relief, ECF No. [58].

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 18, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record